UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORFOLK SOUTHERN RAILWAY
COMPANY,

        Plaintiff,

v.

INTERNATIONAL ASSOCIATION
OF SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS –
TRANSPORTATION DIVISION, *et
al.*,

        Defendants.

_____/

Case No. 2:16-cv-14278
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

## ORDER SETTING A HEARING DATE ON DEFENDANT'S MOTION TO COMPEL (DE 36)

Defendant, International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division ("Union Defendant") filed a motion to compel on May 31, 2017. (DE 36.) The Union Defendant asks the Court to order Plaintiff to provide, by June 7, 2017, unredacted versions of its emails pertaining to this dispute, as well as the full, unredacted agreement between it and Detroit Edison. This matter was referred to me on June 5, 2017. (DE 37.)

The discovery deadline in this case is currently set for June 13, 2017. Given the time-sensitive nature of the Union Defendant's motion, the following expedited briefing schedule will be set:

- Plaintiff's response shall be filed **ON OR BEFORE JUNE 12, 2017**. If it has not already done so, any privilege log related to the emails requested by the Union Defendant should be served simultaneously with the response (but need not be filed on the Court's docket).
- The Union Defendant's reply shall be filed **ON OR BEFORE JUNE 16, 2017**.

This matter is scheduled for hearing on **TUESDAY, JUNE 20, 2017 at 10:00 A.M.** at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 624, Detroit, Michigan. Plaintiff shall bring unredacted versions of the documents in question to the hearing.

**IT IS SO ORDERED.**

Dated: June 6, 2017                    s/Anthony P. Patti
                                       Anthony P. Patti
                                       UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on June 6, 2017, electronically and/or by U.S. Mail.

                                       s/Michael Williams
                                       Case Manager for the
                                       Honorable Anthony P. Patti